IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| EVELYN BRADLEY, | |
| Plaintiff, | Case No. 2:09-cv-00064 |
| | Judge Nixon |
| v. | Magistrate Judge Knowles |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | |

## ORDER

Pending before the Court is Plaintiff Evelyn Bradley's Motion for Judgment on the Administrative Record (Doc. No. 15) ("Motion"), filed along with a supportive brief (Doc. No. 16), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 19). Subsequently, Magistrate Judge Knowles issued a Report and Recommendation (Doc. No. 20) ("Report") recommending that the Motion should be denied and that the Commissioner's decision should be affirmed (*Id.* at 1). The Report was filed on July 1, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this 19th day of July, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT